EDWARD CASSIN, Respondent, v. MARGIE HEATH, Appellant.— The action was brought in the City Court of Mount Vernon to recover for property damage caused by the collision of two motor vehicles. Judgment was had by the plaintiff. The amount demanded in the complaint was less than $200. Such an appeal may be

entertained by the County Court of Westchester only. (Laws of 1922, chap. 490, § 218.) On the merits, the judgment is proper. The appeal is dismissed, without costs. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.